# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

**AARON LEE CONNER**                      **CIV. ACTION NO. 3:21-01038**

**VERSUS**                                         **JUDGE TERRY A. DOUGHTY**

**INTERSCOPE RECORDS**                **MAG. JUDGE KAYLA D. MCCLUSKY**

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint, as amended, is hereby DISMISSED WITH PREJUDICE, for failure to state a claim upon which relief can be granted.  FED. R. CIV. P. 12(b)(6).  The case is closed.

Monroe, Louisiana, this 22nd day of June 2021.

_____

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE